400 A.2d 642

Commonwealth v. Shaw, Appellant.

Submitted March 31, 1978. Robert T. Gownley, Jr., Public Defender, for appellant; Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.